# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>    **vs.**<br><br>**ERNEST D. HETRICK,**<br><br>        **Defendant.** | **Case Number: 8:15CB2**<br>**Violation Numbers:**<br>**2304595 NE14**<br>**2304596 NE14**<br>**2304597 NE14**<br><br>            **ORDER** |

On the motion of the United States Attorney's Office, the above-referenced matters are hereby dismissed without prejudice.

ORDERED this 23rd day of February, 2015.

            **BY THE COURT:**

            **s/ Thomas D. Thalken**
            **United States Magistrate Judge**