
8:15-cb-00002-TDT   Doc # 14   Filed: 03/09/15   Page 1 of 1 - Page ID # 27



**Robert Lowney**
Chief, CSO - Programs Division

**CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
15 MAR -9 PM 1:23
Ted C. Willmann
OFFICE OF THE CLERK
Branch Chief
(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6419

**District:** DISTRICT OF NEBRASKA

**Location Code:** NE14

**Citation Number(s):** 2304595, 2304596 & 2304597

| | | |
|---|---|---|
| OMAH | **Hearing Site** | The location where the citation is scheduled. |
| 02/24/2015 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| ✓ | **Miscellaneous** | See Remarks Section |

**Remarks:**

The United States of America submitted a motion to dismiss.

____ Refund Approved

✓ Dismissal Approved

____ Close Citation

*Glenda Wood* (signature)
Glenda Wood
Case Processor

March 2, 2015
Date

Further action to be taken by CVB or Agency, please specify: _____

Ordered this **9th** Day of **march** 20 **15**   *(signature)*   **67BD**
U.S. Magistrate Judge   Magistrate Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY